**Jerry A. WALDEN, Plaintiff–Appellant,**

**v.**

**UNITED STATES of America, Defendant–Appellee.**

**Docket No. 01–6058.**

United States Court of Appeals, Second Circuit.

Dec. 3, 2001.

Jerry A. Walden, Chester, Ct, pro se.

Lauren M. Nash, Ass't U.S. Att'y, D. Conn., New Haven, Ct, for appellee.

Present OAKES, KEARSE, and CALABRESI, Circuit Judges.

### *SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the District of Connecticut, and was submitted by plaintiff *pro se* and by counsel for defendant.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Underhill's Ruling on Cross Motions for Summary Judgment, dated February 7, 2001.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.